IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No. JKB-15-462** |
| **RAYMOND IDEMUDIA AIGBEKAEN,** | * | |
| **Defendant.** | * | |
| | *** | |

## ORDER

The Court has reviewed Mr. Aigbekaen's most recent submission (ECF No. 382). He has no legitimate claim to discovery at this juncture. Further, he has stated an insufficient basis for the undersigned to consider whether he should recuse himself from further proceedings in this matter. No doubt this Court has entered a number of rulings adverse to the Defendant, but in those rulings there is no basis for concluding that the Court is biased or prejudiced or otherwise incapable of giving the Defendant's submissions fair and impartial consideration. Accordingly, these requests are DENIED.

IT IS SO ORDERED this 20th day of May, 2020.

FOR THE COURT:

_____/s/_____
James K. Bredar
Chief Judge